2

sistance to the Defendant and to this Court.
DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow.
STATE OF MONTANA, Plaintiff, vs. GARRY J. HENRICKS, Defendant.

## DECISION

No. 81-CR-67

The application of the above-named defendant for a review of the sentence of 10
years imposed on June 1, 1982, was fully heard and after a careful consideration of
the entire matter it is decided that:
The original sentence imposed shall be sustained.
The Defendant had a DWI the year before in Helena and repeatedly continued
to drive while intoxicated. In the judgment by the sentencing judge, he stated that
he had fully considered the gravity of the offense, therefore this Division feels the
sentence imposed was justified.
We wish to thank the Defendant, Mr. Henricks, for presenting his own case to
this Court.
DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow.
STATE OF MONTANA, Plaintiff, vs. THOMAS P. McGUINN, Defendant.

## DECISION

No. 9218

The application of the above-named defendant for a review of the sentence of
100 years imposed on February 23, 1977, was fully heard and after a careful con-
sideration of the entire matter it is decided that:
We must assume the jury verdict was correct, therefore we must agree with the
assessment made by Judge Olsen that under the old statute this would be pre-
meditated murder. Under these circumstances the division reverses their previous
decision and holds that the original sentence imposed, 100 years, is hereby
sustained.
Judge Gary Dissents: I would like to maintain the 50-year reduction based on

the fact that the Defendant had no previous criminal record, the Defendant was a law abiding citizen and only 36 years of age at the time of the crime, and 100 years is not justified to rehabilitate him.

We wish to thank Mr. Leonard Haxby, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman, Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Granite. STATE OF MONTANA, Plaintiff, vs. DONALD RAY SAGE, Defendant.

## DECISION

No. 780

The application of the above-named defendant for a review of the sentence of 40 years    5 years for weapon; consecutive imposed on March 23, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board feels that the sentence imposed was in line with other crimes of the same nature.

We wish to thank Chuck Peterson, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Powell. STATE OF MONTANA, Plaintiff, vs. MARY AILEEN AST, Defendant.

## DECISION

No. DC-81-42

The application of the above-named defendant for a review of the sentence of 8 years with 4 years suspended imposed on May 18, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board agrees that the Defendant needs supervision. Considering the fact she gathered all the material together and started out with the intent to carry the plan through and considering the potential of what could have happened, the